IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES NANCE**                                                 **PLAINTIFF**

**v.**                                                  No. 1:20CV15-GHD-DAS

**JAMES T. KITCHENS, ET AL.**                            **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, he instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the ___4th___ day of June, 2021.

                                                       /s/ Glen H. Davidson
                                                  SENIOR UNITED STATES DISTRICT JUDGE